# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                    CASE NO.  3:06cr107/MCR

FRED JOSEPH SUTTLES

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   December 22, 2006
Motion/Pleadings:  MOTION TO ALLOW DEFENDANT TO BE AWAY FROM HIS RESIDENCE FOR SHOPPING PURPOSES
Filed by Defendant                     on 12/20/2006      Doc.#  73
RESPONSES:

_____                  on _____       Doc.# _____
_____                  on _____       Doc.# _____

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                             Deputy Clerk

## ORDER

   Upon consideration of the foregoing, it is ORDERED this 22nd day of December, 2006, that:
   The relief requested is DENIED.

s/ *M. Casey Rodgers*

*M. CASEY RODGERS*
*United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.