**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO.:  3:06cr107/MCR

FRED JOSEPH SUTTLES
and
MARY R. HAM

_____/

**O R D E R**

This matter is currently scheduled for trial commencing Monday, January 8, 2007. A pretrial conference will be conducted on **Wednesday, January 3, 2007, at 9:00 AM**, in Courtroom 4 North of the United States District Court, 1 North Palafox Street, Pensacola, Florida.  As a preliminary matter, counsel are advised as follows:

1. Twelve (12) jurors will be selected for trial beginning with jury selection on January 8, 2007, beginning at 9:00 AM.

2. The Government will have six (6) peremptory challenges.  Defendants will have ten (10) peremptory challenges, to be used by both defendants as defendants and counsel deem appropriate.  There should be one spokesperson for the defense during the actual jury selection.  No back striking will be allowed.

3. Two (2) alternates will be selected.

4. The Government will have one (1) peremptory challenge for alternates; Defendants will have one (1) challenge between them.

5. Counsel for the Government and the Defendants are hereby requested to prepare a short joint statement of the case to be presented to the jury.  This should be submitted to the Court by **Wednesday, January 3, 2007**.

6. Counsel shall submit any proposed jury voir dire questions for the Court's consideration by **Wednesday, January 3, 2007**.

7. Counsel shall submit proposed jury instructions[1] and verdict forms for the Court's review by **Wednesday, January 3, 2007**.[2]

8. Counsel shall provide the Court with a list of exhibits and anticipated witnesses by **Monday, January 8, 2007**.

9. Any special request for court reporter services, such as daily copy, must be submitted to the court reporter, Gwen Kesinger, at least one week prior to trial.

10. Jurors will be permitted to take notes during the trial.  The jurors will be instructed to leave their notes on their chairs at the end of each day of trial.

11. Counsel will notify all other counsel of the next day's witnesses at the close of trial the day prior.

12. Trial schedule will be Monday through Friday, 8:30 AM to 5:30 PM, with one twenty (20) minute break in the morning and one twenty (20) minute break in the afternoon.  Lunch will usually be one (1) hour and fifteen (15) minutes.  An attorney conference with the judge will be held on trial days at 8:00 AM.

13. Opening statements will begin following jury selection.

14. The trial schedule will be modified as necessary to accommodate other matters on the Court's docket.  Modifications known at this time are as follows:

> Trial will not be held on Monday, January 15, 2007, in observance of Martin Luther King, Jr. Day.

The parties should expect additional trial schedule modifications due to other matters before the Court; however, none are anticipated at this time.

---

[1] Counsel shall list by number each Basic, Special and Offense Instruction they wish to propose for the court's review.  Where a proposed instruction follows the Eleventh Circuit Pattern instruction, there is no need to recite the full instruction; it may be simply cited by number. If there are any proposed modifications to a pattern instruction; however, the instruction should be set out in full.

[2] The proposed jury instructions and verdict forms should be filed AND an "editable" copy (a format which may be read by WordPerfect 10) shall be provided by e-mail to flnd_rodgers@flnd.uscourts.gov.

15.     In addition to the issues set forth in the Order Setting Jury Trial and Other Pre-Trial Matters, the Court directs counsel to review the requirements of the Local Rules of the Northern District of Florida, specifically:

      a.   Rule 11.1 (G)

      b.   Addendum - Customary and Traditional Conduct and Decorum In The United States District Court

      c.   Rule 77.3 (B)

**DONE and ORDERED** this 28th day of December, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**United States District Judge**