**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                                  CASE NO.  3:06CR107MCR

FRED JOSEPH SUTTLES

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   March 23,  2007
Motion/Pleadings:  MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND TO CONTINUE SENTENCING
Filed by DEFENDANT         on 3/23/07         Doc.# 124
RESPONSES:
                                                   on                     Doc.#
                                                   on                     Doc.#
_____  Stipulated     _____ Joint Pldg.
  X     Unopposed     _____ Consented

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                   s/Mary Maloy
LC (1 OR 2)                                        Deputy Clerk: Mary Maloy

# *ORDER*

   Upon consideration of the foregoing, it is ORDERED this 26th day of March, 2007, that:
   The relief requested is GRANTED. Counsel shall be allowed until April 4, 2007, to file a response to the PSR. The sentencing is continued to April 26, 2007, at 9:00 AM.

                                                   s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.