**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:06CR107/MCR

FRED J. SUTTLES

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  September 20, 2007
Motion/Pleadings: UNOPPOSED MOTION TO OBTAIN COPY OF PRESENTENCE INVESTIGATION REPORT
Filed by Defendant    on 9/19/07    Doc.# 194
RESPONSES:

                                                on            Doc.#
                                                on            Doc.#

_____ Stipulated    _____ Joint Pldg.
  X    Unopposed    _____ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                s/
LC (1 OR 2)                          Deputy Clerk: Katherine V. Goodman

## ***ORDER***

    *Upon consideration of the foregoing, it is ORDERED this 24th day of September, 2007, that:*

    *The relief requested is GRANTED.*

                                                *s/ M. Casey Rodgers*
                                                *M. CASEY RODGERS*
                                                *United States District Judge*