# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                            CASE NO.  3:06CR107/MCR

FRED J. SUTTLES

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  September 20, 2007
Motion/Pleadings: UNOPPOSED MOTION TO OBTAIN COPY OF SEALED DOCUMENTS
Filed by Defendant                              on 9/19/07              Doc.# 195
RESPONSES:

                                                  on                       Doc.#
                                                 on                       Doc.#

_____ Stipulated    _____ Joint Pldg.
  X    Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/
LC (1 OR 2)                    Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 24th day of September, 2007, that:*

*The relief requested is GRANTED.*

                                                 s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                 *United States District Judge*